

U.S. Department of Justice

United States Attorney
*Western District of New York*

*138 Delaware Avenue*  (716) 843-5700
*Buffalo, New York 14202*  *fax (716) 551-5563*

June 26, 2023

*Via ECF*

Hon. Lawrence J. Vilardo
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    United States v. 9 Memo International Money Orders, et. al.
           21-mc-00031

Dear Judge Vilardo:

    Because the above-referenced matter was resolved via an Out of Court Stipulated Settlement and Administrative Forfeiture Agreement ("Agreement"), the government will no longer pursue civil judicial forfeiture of the seized assets.

    As a result of the Agreement, $12,619.12 of the seized currency was paid to the Clerk of the Court to satisfy the restitution order imposed against the putative claimant in a related criminal case (Docket No. 21-CR-00095); $130,865.70 will be administratively forfeited by the Drug Enforcement Administration, and the balance of the currency was returned to the claimant.

    The parties agree that this miscellaneous civil matter may be closed.

    Should you have any questions and/or concerns, please do not hesitate to contact me at 716-843-5809.   Thank you for your consideration in this regard.

    Very truly yours

    TRINI E. ROSS
    United States Attorney


BY:    s/*MARY CLARE KANE*
        Assistant United States Attorney

cc:    Justin D. Ginter, Esq (*via ECF*)